JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI LAM,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | CASE NO.: 8:22-cv-01336-JVS-KES<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [20] |

   Pursuant to the parties' Stipulation to Dismiss with Prejudice, IT IS HEREBY ORDERED this case is dismissed with prejudice. IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

   IT IS SO ORDERED.

DATED: January 03, 2023

_____
Honorable James V. Selna
United States District Judge

1